UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GERARD M. PIERRE,

        Appellant,

19 civ 11207 (JGK)

-against-

AURORA COMMERCIAL CORP.,

        Appellee,
-------------------------------------------------------------X

JOHN G. KOELTL, DISTRICT JUDGE:

    A bankruptcy appeal in this action has been filed with the Court.

    It is hereby ordered that:

    1) The appellant shall serve and file a brief with any supporting papers by **January 10, 2020.**

    2) Response(s) to the appellant's brief shall be served and filed by **January 31, 2020.**

    3) Any replies to the response(s) shall be served and filed by **February 14, 2020.**

**SO ORDERED.**

                                                    /s/ John G. Koeltl
                                                    **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 10, 2019

Copy filed via ECF, and mailed to:
Gerard M. Pierre
200 Rampart Way #366
Denver, CO 80230

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/10/19