```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

GERARD PIERRE,

                    Appellant,        19cv11207 (JGK)

    - against -                    ORDER

AURORA COMMERCIAL CORP.,

                    Appellee.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The appellant's opening brief (Dkt. No. 5) is missing every other page. The parties should submit a complete copy of the appellant's brief by May 18, 2020.

**SO ORDERED.**
**Dated:**    New York, New York
         May 12, 2020           /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                     **United States District Judge**