UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

GERARD PIERRE,

                Appellant,

19 CIVIL 11207 (JGK)

-against-

**JUDGMENT**

AURORA COMMERCIAL CORP.,
                Appellee.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 24, 2020, the Court has considered all of the arguments of the parties. To the extent not specifically addressed in the order, the remaining arguments are either moot or without merit. The order of the bankruptcy court sustaining the appellee's objection and quashing Pierre's proof of claim is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
         July 24, 2020

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                      **BY:**

                                                  **Deputy Clerk**